

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No.: 4:23CR 00101 BSM |
| | ) | Title 18, U.S.C. § 1349 |
| v. | ) | Title 18, U.S.C. § 1341 |
| | ) | Title 18, U.S.C. § 1343 |
| | ) | Title 18, U.S.C. § 371 |
| CANDACE CHAPMAN SCOTT | ) | Title 18, U.S.C. § 2314 |

### INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

*(Conspiracy to Commit Mail Fraud)*

Introduction

At all times relevant to this Indictment:

1. The University of Arkansas for Medical Sciences (UAMS) was both a hospital and a health sciences university located in Little Rock, Arkansas.

2. UAMS's College of Medicine had an anatomy lab that received cadavers through the Anatomical Gift Program. Through that program, donors could gift their body after death to UAMS's Department of Neurobiology and Developmental Sciences to be used specifically for medical education, teaching and research.

3. After use, donated cadavers were to be cremated and then returned to UAMS for final disposition.

4. At all times, donated cadavers were the sole property of UAMS.

5. BUSINESS 1 is a Class B, C, and D mortuary and offered transportation, embalming, and cremation services to commercial entities, including hospitals and funeral homes.

6. In 2014, UAMS contracted with BUSINESS 1 for cremation services.



7. The cremation services specifications, in part, required BUSINESS 1 "to provide individual containers for human remains, remove 2-4 containers from the UAMS campus per trip [,] transport remains to crematory, provide cremation and return cremains in suitable, identifiable, individual containers to UAMS within 72 hours from date of cremation."

8. The term "cremains" means the ashes of a cremated human body.

9. BUSINESS 2 is a funeral home located in Little Rock, Arkansas that provides funeral and burial services. BUSINESS 2 used the cremation services of BUSINESS 1.

10. CANDACE CHAPMAN SCOTT (SCOTT) was a resident of Little Rock, Arkansas.

11. SCOTT was employed at BUSINESS 1, and her job duties included transportation, cremation, and embalming of human remains.

12. SCOTT did not hold an active mortician's license.

13. SCOTT was not authorized to harvest organs, tissues, or bones, or dismember a corpse, for any purpose, including personal financial gain.

14. INDIVIDUAL A lived in Enola, Pennsylvania and then in Thompson, Pennsylvania.

15. INDIVIDUAL A was a member of a Facebook group concerning "oddities," and bought and sold human remains.

16. SCOTT was also a member of a Facebook group concerning "oddities," and initiated communication with INDIVIDUAL A through Facebook.

17. Centennial Bank is a bank headquartered in Conway, Arkansas that provides a variety of banking services to its customers, including personal checking accounts.

18. SCOTT held a personal checking account at Centennial Bank.

2

19. PayPal is an American financial technology company headquartered in San Jose, California. PayPal's services allow users to transfer money electronically.

20. SCOTT and INDIVIDUAL A held PayPal accounts and used those accounts to conduct financial transactions with one another.

The Charge

Between in or about October 2021, through on or about July 15, 2022, in the Eastern District of Arkansas and elsewhere, the defendant,

CANDACE CHAPMAN SCOTT,

along with others, known and unknown to the Grand Jury, voluntarily, knowingly, and intentionally conspired and agreed to devise and participate in a scheme to defraud and to obtain and attempt to obtain property, by means of materially false and fraudulent pretenses, representations, and promises, as set forth below, and for the purpose of executing the scheme, knowingly caused to be delivered by the United States Postal Service, according to the directions thereon the following matter: stolen human body parts and fetal remains from Little Rock, Arkansas, in violation of Title 18, Unites States Code, Section 1343.

Manner and Means

The manner and means by which the defendant and her co-conspirators sought to accomplish the purpose of the conspiracy included, among others, the following:

21. On or about October 28, 2021, UAMS transferred three cadavers donated through the Anatomical Gift Program to BUSINESS 1 for cremation. After cremation, the cremains were to be returned in whole to UAMS.

22. On or about October 28, 2021, SCOTT sent INDIVIDUAL A a message through Facebook stating "I follow your page and work and LOVE it. I'm a mortician and work at a trade

service mortuary, so we are contracted through the medical hospital here in Little Rock to cremate their cadavers when the medical students are done with them before they discard them in a cremation garden. Just out of curiosity, would you know anyone in the market for a fully in tact [sic], embalmed brain?"

23. On or about October 28, 2021, SCOTT sent INDIVIDUAL A a message through Facebook stating, "I actually just looked and I have 2 embalmed with skull cap." INDIVIDUAL A instructed SCOTT how to package the parts.

24. On or about October 28, 2021, SCOTT sent INDIVIDUAL A pictures through Facebook messenger of a heart and another organ. INDIVIDUAL A responded he was interested in the brains and heart. SCOTT then asked, "would $1200 shipped sound reasonable for all 3 pieces including skull caps?" INDIVIDUAL A responded "you are literally on the same page because that was going to be my offer lol!"

25. On or about October 29, 2021, INDIVIDUAL A paid SCOTT $1,200 through PayPal and SCOTT then transferred the money to her Centennial Bank account in Arkansas.

26. On or about October 31, 2021, SCOTT agreed to sell human skin, a skull, a brain, and a heart to INDIVIDUAL A for $700.00, and INDIVIDUAL A requested that SCOTT invoice him in the amount of $800.00 to cover fees and shipping.

27. On or about October 31, 2021, INDIVIDUAL A sent $800.00 through PayPal to SCOTT, and SCOTT transferred the money to her Centennial Bank account.

28. On or about November 2, 2021, SCOTT shipped four packages of human remains through the United States Postal Service (USPS) from Arkansas to INDIVIDUAL A in Enola, Pennsylvania.

29. Between on or about November 3, 2021, and November 10, 2021, UAMS transferred four cadavers donated through the Anatomical Gift Program to BUSINESS 1 for cremation. After cremation, the cremains were to be transported in whole back to UAMS.

30. On or about November 11, 2021, SCOTT agreed to sell a brain, skullcap, and ear to INDIVIDUAL A for $250.00. SCOTT took photographs of the remains packaged in her apartment and sent photographs through Facebook Messenger to INDIVIDUAL A.

31. INDIVIDUAL A paid SCOTT $250 through PayPal, and SCOTT transferred the money to her Centennial Bank account.

32. On or about November 12, 2021, SCOTT shipped one package containing human remains through the USPS from Arkansas to INDIVIDUAL A in Enola, Pennsylvania.

33. On or about November 17, 2021, SCOTT informed INDIVIDUAL A through Facebook messenger that she should be getting more embalmed bodies soon since the semester was over.

34. Between on or about December 2, 2021, through December 7, 2021, UAMS transferred 12 cadavers donated through the Anatomical Gift Program to BUSINESS 1 for cremation. After cremation, the cremains were to be transported in whole back to UAMS.

35. On or about December 6, 2021, SCOTT and INDIVIDUAL A negotiated a sale of "2 brains, one with skullcap, 3 hearts one cut, 2 fake boobies, one large belly button piece of skin, one arm, one huge piece of skin, and one lung." SCOTT took photos of each body part inside her apartment and sent the photos through Facebook to INDIVIDUAL A. SCOTT agreed to sell the body parts to INDIVIDUAL A for $1,600.

36. On or about December 6, 2021, INDIVIDUAL A paid SCOTT $1,600.00 through PayPal, and SCOTT transferred the money to her Centennial Bank account.

37. On or about December 7, 2021, INDIVIDUAL A paid SCOTT $300.00 through PayPal, and SCOTT transferred the money to her Centennial Bank account.

38. On or about December 8, 2021, UAMS transferred four cadavers donated through the Anatomical Gift Program to BUSINESS 1 for cremation. After cremation, the cremains were to be returned in whole to UAMS.

39. On or about December 8, 2021, SCOTT and INDIVIDUAL A negotiated a sale of "7 huge pieces of skin, 2 large pieces of skin with tiddy, 4 brains one with skull cap, 1 lung, one penis, 2 testicles, and 3 hearts," with an agreed upon price of $2,000.00.

40. On or about December 8, 2021, INDIVIDUAL A paid SCOTT $500 through PayPal, and SCOTT transferred the money to her Centennial Bank account.

41. On or about December 9, 2021, UAMS transferred four cadavers donated through the Anatomical Gift Program to BUSINESS 1 for cremation. After cremation, the cremains were to be returned in whole to UAMS.

42. On or about December 10, 2021, UAMS transferred two cadavers donated through the Anatomical Gift Program to BUSINESS 1 for cremation. After cremation, the cremains were to be returned in whole to UAMS.

43. On or about December 10, 2021, SCOTT took pictures of nine boxes packaged for mailing in her apartment and sent the photos to INDIVIDUAL A through Facebook Messenger.

44. On or about December 10, 2021, SCOTT shipped four boxes containing human remains from Arkansas through USPS to INDIVIDUAL A in Enola, Pennsylvania.

45. On or about December 13, 2021, SCOTT shipped five boxes containing human remains from Arkansas through USPS to INDIVIDUAL A in Enola, Pennsylvania.

46. On or about December 13, 2021, INDIVIDUAL A paid SCOTT $175.00 through PayPal for shipping the remains, and SCOTT transferred the money to her Centennial Bank account.

47. On or about December 14, 2021, SCOTT informed INDIVIDUAL A through Facebook Messenger that she had "2 fully intact brains" and agreed to sell them to him for $250.00.

48. On or about December 14, 2021, SCOTT informed INDIVIDUAL A through Facebook Messenger that she had "2 hearts, 1 brain w/skullcap," and agreed to sell them to him for $350.00.

49. On or about December 14, 2021, INDIVIDUAL A paid SCOTT $350.00 through PayPal, and SCOTT transferred the money to her Centennial Bank account.

50. On or about December 15, 2021, INDIVIDUAL A paid SCOTT $250.00 and $1,500.00 through PayPal, and SCOTT transferred the money to her Centennial Bank account.

51. On or about December 15, 2021, SCOTT shipped one box containing human remains through USPS from Arkansas to INDIVIDUAL A in Enola, Pennsylvania.

52. On or about December 15, 2021, SCOTT asked INDIVIDUAL A through Facebook Messenger if he would be interested in purchasing a fetus. INDIVIDUAL A instructed SCOTT how to package a fetus.

53. On or about December 16, 2021, INDIVIDUAL A paid SCOTT $350.00 and $1,100.00 through PayPal, and SCOTT transferred the money to her Centennial Bank account.

54. On or about December 31, 2021, SCOTT shipped INDIVIDUAL A one box containing human remains through USPS from Arkansas to INDIVIDUAL A in Enola, Pennsylvania.

55. On or about January 8, 2022, UAMS transferred fetal remains to BUSINESS 1 for cremation. After cremation, the fetal cremains were to be returned in whole to UAMS.

56. On or about January 8, 2022, SCOTT informed INDIVIDUAL A through Facebook Messenger that she received a fetus for cremation. SCOTT sent pictures of the fetus to INDIVIDUAL A, and INDIVIDUAL A instructed SCOTT to cold pack and ship overnight to preserve the fetus. INDIVIDUAL A agreed to pay shipping and expenses.

57. On or about January 10, 2022, SCOTT told INDIVIDUAL A, "I am going to get some ice packs tomorrow since our Walmart and dollar store was out by my house and hopefully get the little guy shipped tomorrow."

58. On or about January 13, 2022, an overnight shipment through USPS was made from Little Rock, Arkansas to Enola, Pennsylvania.

59. On or about January 13, 2022, INDIVIDUAL A paid SCOTT $650.00 through PayPal, and SCOTT transferred the money to her Centennial Bank account.

60. On or about February 5, 2022, BUSINESS 2 was authorized to dispose of fetal remains by means of cremation.

61. On or about February 9, 2022, BUSINESS 2 transferred fetal remains to BUSINESS 1 for cremation. After cremation, the fetal cremains were to be returned in whole to BUSINESS 2.

62. On or about February 9, 2022, SCOTT informed INDIVIDUAL A through Facebook Messenger that she had another fetus and offered to sell it to INDIVIDUAL A for $300.00 because "he's not in great shape." SCOTT took photos of the fetus and sent the photos to INDIVIDUAL A through Facebook Messenger.

63. On or about February 9, 2022, INDIVIDUAL A paid SCOTT $300.00 through PayPal, and on or about February 10, 2022, SCOTT transferred the money to her Centennial Bank account.

64. On or about February 10, 2022, a burial-transit/cremation permit record was signed by a representative of BUSINESS 1, asserting the fetal remains it received from BUSINESS 2 had been cremated.

65. On or about February 14, 2022, SCOTT sent INDIVIDUAL A a message through Facebook Messenger requesting his address again.

66. On or about February 16, 2022, a package was shipped through USPS from Little Rock, Arkansas to Enola, Pennsylvania.

67. On or about February 18, 2022, SCOTT sent INDIVIDUAL A a message through Facebook Messenger: "your other made it there yet…should be any day if not. [P]ost offices said they've been super behind lately. I sent it priority though." When asked by INDIVIDUAL A when she sent it, she responded "Monday? Tuesday? Hell I don't know they all run together and I lost the damn receipt."

68. On or about May 9, 2022, UAMS transferred one cadaver donated through the Anatomical Gift Program to BUSINESS 1 for cremation. After cremation, the cremains were to be returned in whole to UAMS.

69. On or about May 11, 2022, SCOTT informed INDIVIDUAL A through Facebook Messenger that she received a liver and a heart "cut in half."

70. On or about May 13, 2022, SCOTT informed INDIVIDUAL A through Facebook Messenger that she received a "1/2 a brain, 2 smokers lungs, one lower chunk of pubic skin with

9

peen and sack attached, 2 larger pieces of skin, one small piece with nip," and agreed to sell them to INDIVIDUAL A for $850.00.

71. On or about May 13, 2022, INDIVIDUAL A paid SCOTT $850.00 through PayPal, and SCOTT transferred the money to her Centennial Bank account.

72. On or about May 26, 2022, UAMS transferred one cadaver donated through the Anatomical Gift Program to BUSINESS 1 for cremation. After cremation, the cremains were to be returned in whole to UAMS.

73. On or about May 28, 2022, SCOTT informed INDIVIDUAL A through Facebook Messenger that she received a "kidney, lung, heart, trachea, small cut section of calvarium w/ hair," and agreed to sell them to INDIVIDUAL A for $800.

74. On or about May 28, 2022, INDIVIDUAL A paid SCOTT $800.00 through PayPal, and SCOTT transferred the money to her Centennial Bank account.

75. On or about June 30, 2022, UAMS transferred seven cadavers donated through the Anatomical Gift Program to BUSINESS 1 for cremation. After cremation, the cremains were to be returned in whole to UAMS.

76. On or about June 30, 2022, SCOTT informed INDIVIDUAL A through Facebook Messenger she had "one half head, one whole head minus skullcap, three brains with skullcap, one heart, three liver, five lungs, two kidneys, one full pelvis female, one piece of skin with nipple, four hands." SCOTT agreed to sell them to INDIVIDUAL A for $4,000.

77. On or about July 9, 2022, SCOTT shipped two boxes containing human remains through USPS from Arkansas to INDIVIDUAL A in Thompson, Pennsylvania.

All in violation of Title 18, Unites States Code, Section 1349.

## COUNTS 2-5

*(Mail Fraud)*

The Grand Jury realleges Paragraphs 1 through 77 of the Indictment as if fully set forth herein.

From in or about October 2021, through on or about July 15, 2022, in the Eastern District of Arkansas and elsewhere, the defendant,

CANDACE CHAPMAN SCOTT,

with intent to defraud, having voluntarily and intentionally devised and participated in a scheme to defraud and to obtain property by means of materially false and fraudulent pretenses and representations, as set forth above, and for the purpose of executing the scheme, knowingly caused to be delivered by the United States Postal Service, according to the direction thereon the following matter on or about the following dates:

| COUNT | DATE | FROM | TO | MAILING |
|---|---|---|---|---|
| 2 | October 12, 2021 | Little Rock, AR | Enola, PA | Human remains, including a brain, skullcap, and ear |
| 3 | February 16, 2022 | Little Rock, AR | Enola, PA | Fetal remains |
| 4 | June 21, 2022 | Little Rock, AR | Enola, PA | Human remains, including a kidney, lung, liver, heart, trachea, and small cut section of calvarium with hair |
| 5 | July 8, 2022 through July 15, 2022 | Little Rock, AR | Enola, PA | Human remains, including 3 plastic bags containing part of a human cranium with brain matter and five human organs |

All in violation of Title 18, United States Code, Section 1341.

## COUNT 6

*(Conspiracy to Commit Wire Fraud)*

From in or about October 2021, through on or about July 15, 2022, in the Eastern District of Arkansas and elsewhere, the defendant,

CANDACE CHAPMAN SCOTT,

along with others, known and unknown to the Grand Jury, voluntarily, knowingly, and intentionally conspired and agreed to devise and participate in a scheme to defraud and to obtain and attempt to obtain property, by means of materially false and fraudulent pretenses, representations, and promises, as set forth above, and for the purpose of executing the scheme, caused wire communications to be transmitted in interstate commerce, that is, transfers of money from a PayPal account to SCOTT's Centennial Bank account in the Eastern District of Arkansas, in violation of Title 18, Unites States Code, Section 1343.

Manner and Means

The Grand Jury realleges Paragraphs 1 through 77 of the Indictment as if fully set forth herein.

All in violation of Title 18, United States Code, Section 1349.

## COUNTS 7-10

*(Wire Fraud)*

The Grand Jury realleges Paragraphs 1 through 77 of the Indictment as if fully set forth herein.

Between in or about October 2021, through on or about July 15, 2022, in the Eastern District of Arkansas and elsewhere, the defendant,

CANDACE CHAPMAN SCOTT,

with intent to defraud, voluntarily and intentionally devised and participated in the above-described scheme to defraud and to obtain money by means of materially false and fraudulent pretenses and representations, and for the purpose of executing the scheme, caused wire communications to be transmitted in interstate commerce, that is, transfers of money, which travelled in interstate commerce from INDIVIDUAL A's PayPal account to SCOTT's PayPal account and subsequently withdrawn to her Centennial Bank Account in the Eastern District of Arkansas, on or about the following dates as follows:

| **COUNT** | **DATE** | **AMOUNT** |
|---|---|---|
| 7 | October 29, 2021 | $1,200.00 |
| 8 | December 6, 2021 | $1,600.00 |
| 9 | January 13, 2022 | $650.00 |
| 10 | May 13, 2022 | $850.00 |

All in violation of Title 18, United States Code, Section 1343.

## COUNT 11

*(Conspiracy to Commit Interstate Transportation of Stolen Property)*

The Grand Jury realleges Paragraphs 1 through 77 of the Indictment as if fully set forth herein.

Between in or about October 2021, through on or about July 15, 2022, in the Eastern District of Arkansas and elsewhere, the defendant,

CANDACE CHAPMAN SCOTT,

voluntarily and intentionally conspired with INDIVIDUAL A, and with others known and unknown to the grand jury to unlawfully transport, transmit, and transfer in interstate commerce from the State of Arkansas to the State of Pennsylvania, stolen goods, that is, human body parts and fetal remains, valued in the aggregate amount of $5,000 or more, knowing the same to have been stolen, converted, and taken by fraud, in violation of Title 18, United States Code, Section 2314.

## Overt Acts

While the agreement was in effect, for the purpose of carrying out the agreement and in furtherance of the conspiracy, CANDACE CHAPMAN SCOTT, and others who joined in the agreement, performed overt acts alleged in Paragraphs 22 through 28, 30 through 33, 35 through 37, 39, 40, 43 through 54, 56 through 59, 62, 63, 65 through 67, 69 through 71, 73, 74, 76, and 77 of this Indictment, among others, in the Eastern District of Arkansas and elsewhere.

All in violation of Title 18, United States Code, Section 371.

## COUNT 12

*(Interstate Transportation of Stolen Property)*

Between on or about October 2021, and on or about July 15, 2022, in the Eastern District of Arkansas and elsewhere, the defendant,

CANDACE CHAPMAN SCOTT,

did unlawfully transport, transmit, and transfer in interstate commerce from the State of Arkansas to the State of Pennsylvania, stolen goods, that is, human body parts and fetal remains, valued in the aggregate amount of $5,000 or more, knowing the same to have been stolen, converted, and taken by fraud.

All in violation of Title 18, United States Code, Section 2314.

## FORFEITURE ALLEGATION

Upon conviction of Counts 1 through 12 of this Indictment, the defendant, CANDACE CHAPMAN SCOTT, shall forfeit to the United States, under Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), all property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

[END OF TEXT.  SIGNATURE PAGE ATTACHED.]