**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

UNITED STATES OF AMERICA                                              PLAINTIFF

V.                                  CASE NO. 4:23-CR-101-BSM

CANDACE CHAPMAN SCOTT                                              DEFENDANT

## **ORDER**

The Clerk of Court is directed to unseal the Indictment. The Court has been notified

that Defendant is in custody on the arrest warrant.

IT IS SO ORDERED, this 28th day of April, 2023.

_____
UNITED STATES MAGISTRATE JUDGE