MJStar Reporting: INITIAL APPEARANCE, Length of Hearing (minutes): __10__
ARRAIGNMENT, Length of Hearing (minutes): __10__

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Apr 28, 2023
Tammy H. Downs, Clerk
By: ForrestDunn D.C.
DEP CLERK

United States of America

v.                    Case No.: 4:23CR00101-01 BSM

Candace Chapman Scott

## PLEA AND ARRAIGNMENT REPORT

Plea Date: 4/28/2023
Continued Until: _____
Reason for continuance _____

Deft is ✓ is not ___ in custody
___ Deft did not appear
___ Clerk to issue warrant

### COUNSEL

Assistant U. S. Attorney: **Amanda Jegley**
Defense Counsel: Seth Bowman (Appointed / **Retained**)
Interpreter's Name: _____

### PLEA

TRIAL BEFORE DISTRICT COURT

Not Guilty ✓
Guilty (indicates desire) _____
Nolo Contendere (desire) _____

CONSENTS TO TRIAL BEFORE MAGST.

Not Guilty _____
Guilty _____
Nolo Contendere _____

✓ Demands Trial by Jury

___ Waives Jury Trial
Deft agrees _____
Govt agrees _____

### BAIL

Bail Set at: detention  By: _____  Date: _____
pending detention hearing
Bail Changed to: _____ By: _____ Date: _____

Number of Days estimated for Trial: **5 days**
Estimated Trial Date: **5/30/2023 @ 9:30 a.m., before the Honorable Judge Brian S. Miller in Room 2D. All Pretrial Motions to be filed within the time specified within the Pretrial Discovery Order, to be entered forthwith.**

Other: _____

DATE: 4/28/2023        SO ORDERED: _____
                       U. S. MAGISTRATE JUDGE