(Post. 4/4/12)

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS

## NOTICE

United States of America

V.                                      Case No.:      4:23CR00101-01 BSM

Candace Chapman Scott

---

TYPE OF CASE:

[ ] **CIVIL**          [X] **CRIMINAL**

---

[X] **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Richard Sheppard Arnold United States Courthouse 500 W Capitol Avenue Little Rock, AR 72201 | **2D** |
| | DATE AND TIME **5/30/2023 at 9:30 a.m.** |

TYPE OF PROCEEDING

**JURY TRIAL before the Honorable Brian S. Miller, U.S. District Judge.**

---

[ ] **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

TAMMY H. DOWNS, CLERK
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

F. Dunn
(BY) DEPUTY CLERK