## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**United States of America**                                                                 **Plaintiff**

**v.**                               **Case No.: 4:23–cr–00101–BSM**

**Candace Chapman Scott**                                                                  **Defendant**

---

## NOTICE OF HEARING

    PLEASE take notice that a Detention Hearing has been set in this case for May 2, 2023, at 01:30 PM before Magistrate Judge J. Thomas Ray in Little Rock Courtroom # 1C in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:** April 28, 2023                    AT THE DIRECTION OF THE COURT
                                             TAMMY H. DOWNS, CLERK


                                             **By:**  Suzy Flippen, Deputy Clerk


Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas