## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| United States of America | **Plaintiff** |
| v.    Case No.: 4:23–cr–00101–BSM | |
| **Candace Chapman Scott** | **Defendant** |

## NOTICE OF HEARING

    PLEASE take notice that the Detention Hearing has been rescheduled in this case for May 3, 2023, at 01:30 PM before Magistrate Judge J. Thomas Ray in Little Rock Courtroom # 1C in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:** April 28, 2023

AT THE DIRECTION OF THE COURT
TAMMY H. DOWNS, CLERK

By: Suzy Flippen, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas