# UNITED STATES DISTRICT COURT
Eastern District of Arkansas

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 16 2023

TAMMY H. DOWNS, CLERK
By:_____ DEP CLERK

United States of America

v.

Case No.: 4:23CR00101-01 BSM

Candace Chapman Scott

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **Candace Chapman Scott**

who is accused of an offense or violation based on the following document filed with the court:

[X] Indictment  [ ] Superseding Indictment  [ ] Information  [ ] Superseding Information  [ ] Complaint
[ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice  [ ] Order of the Court

This offense is briefly described as follows: Conspiracy to commit mail fraud, 18 USC 1349, Mail Fraud, 18 USC 1341, Conspiracy to commit wire fraud, 18 USC 1349, Wire Fraud, 18 USC 1343, Conspiracy to Commit Interstate Transportation of Stolen Property, 18 USC 371, Interstate Transportation of Stolen Property, 18 USC 2314, as further explained in the attached documents.

Date: April 7, 2023

_____
*Issuing officer's signature*

City and state: Little Rock, Arkansas

TAMMY H. DOWNS, CLERK
*Printed name and title*

### Return

This warrant was received on *(date)* 4/7/2023, and the person was arrested on *(date)* 4/28/2023
at *(city and state)* Little Rock

Date: 5/11/2023

FBI J Pickett by CM
*Arresting officer's signature*

FBI J Pickett by C. Young
*Printed name and title*