UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                                                          PLAINTIFF

v.                                   CASE NO. 4:23-CR-00101-BSM-1

CANDACE CHAPMAN SCOTT                                                                                        DEFENDANT

## ORDER

Defendant Candace Chapman Scott's unopposed motion to continue her May 30, 2023 trial [Doc. No. 23] is granted. Defense counsel states he is awaiting full discovery and will need additional time to obtain all discovery, meet with defendant, and prepare for trial.

Failure to grant a continuance would deny defendant reasonable time for effective preparation, taking into account the exercise of due diligence. Further, in that the continuance is given upon defendant's motion, the continuance satisfies the ends of justice and outweighs the public's and defendant's interest in a speedy trial. The trial is continued to October 30, 2023, at 9:30 a.m. in Courtroom 2D. The period of delay resulting from the continuance is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED this 18th day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE