# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                   **PLAINTIFF**

v.                     **Case No. 4:23-CR-00101-BSM-1**

**CANDACE CHAPMAN SCOTT**                                  **DEFENDANT**

## CRIMINAL SCHEDULING ORDER

This case is set for trial on October 30, 2023 and the following schedule is in effect to bring it to a fair and prompt resolution.

**Sixty days** before the scheduled trial date - at the defendant's request, the government must provide a written summary of its expert testimony, as required by Federal Rule of Criminal Procedure 16(a)(1)(G).

**Thirty days** before the scheduled trial date, the parties must file a joint report stating whether the case is ready for trial or plea, or whether a continuance will be sought.  If the case is ready for trial, the parties must state how many days it takes to try.  At the government's request, the defendant must provide a written summary of its expert testimony, as required by Federal Rule of Criminal Procedure 16(b)(1)(C).

**Twenty-one days** before trial, the parties must file any pre-trial motions and submit to chambers any proposed voir dire questions and proposed jury instructions.  Responses to motions are due seven calendar days after the motion is filed.

In cases set for plea, the defendant must arrive at the courthouse at least 45 minutes before the plea hearing and report directly to the probation office for drug screening.

Counsel are to appear in sufficient time to have all documents, including the plea agreement, signed before the time the hearing is scheduled to begin. Failure to follow these instructions may result in the hearing being continued.

    IT IS SO ORDERED this 18th day of May, 2023.

                                                      _____
                                                      UNITED STATES DISTRICT JUDGE