IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

V.                          CASE NO. 4:23-CR-101-BSM-1

CANDACE CHAPMAN SCOTT                                                 DEFENDANT

## ORDER

The Federal Bureau of Prisons has moved for an extension of time to complete Candace Chapman Scott's ("Scott") psychological evaluation. (*Doc. 28*) The motion is GRANTED.

Scott arrived at Metropolitan Detention Center in Los Angeles, California ("MDC-Los Angeles"), the facility where her evaluation is to be conducted, on June 23, 2023. By law, the maximum period of time Scott can be committed for a psychological examination is 45 days; however, because the warden at MDC-Los Angeles has requested an extension, an additional thirty days can be given to complete the evaluation. 18 U.S.C.§ 4247(b). This time period is excluded under the Speedy Trial Act. 18 U.S.C. § 3161(h)(1)(A).

For these reasons, Scott's psychological examination must be completed no later than September 5, 2023. Further, a report on Scott's examination must be submitted to the Court by September 26, 2023. A copy of this Order has been provided to MDC-Los Angeles.

IT IS SO ORDERED this 5th day of July, 2023.

_____
UNITED STATES MAGISTRATE JUDGE