UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

v.                    **CASE NO. 4:23-CR-00101-BSM**

**CANDACE CHAPMAN SCOTT**                                        **DEFENDANT**

## ORDER

Defendant Candace Chapman Scott's unopposed motion to continue her October 30, 2023 trial [Doc. No. 34] is granted. Defense counsel states he is still receiving discovery and will need additional time to obtain all discovery, meet with defendant, and prepare for trial.

Failure to grant a continuance would deny defendant reasonable time for effective preparation, taking into account the exercise of due diligence. Further, in that the continuance is given upon defendant's motion, the continuance satisfies the ends of justice and outweighs the public's and defendant's interest in a speedy trial. The trial is continued to March 25, 2024, at 9:30 a.m. in Courtroom 2D. The period of delay resulting from the continuance is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED this 28th day of September, 2023.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE