UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

V.  Case No. 4:23-CR-00101-BSM-1

CANDACE CHAPMAN SCOTT

## ORDER

On May 3, 2023, the Court ordered that Defendant Candace Chapman Scott undergo a complete psychological evaluation at an appropriate Bureau of Prisons facility pursuant to 18 U.S.C. §§ 4241 and 4242. (Docs. 14, 17). The Court received the written forensic evaluation reports on September 29, 2023 (Doc. 36), and has offered the parties an opportunity to object. There is no opposition to the reports.

There being no objections to the written forensic evaluation reports, the conclusions stated in the reports are adopted as the conclusions and findings of the Court, and the Court finds the Defendant is competent to stand trial and was competent at the time of the alleged offense.

IT IS SO ORDERED this 9th day of February, 2024.

_____
UNITED STATES MAGISTRATE JUDGE