(Post 9/2015)

# United States District Court
### *for the Eastern District of Arkansas*

UNITED STATES OF AMERICA                                    PLAINTIFF

vs.                           Case No.   4:23-CR-00101-BSM

CANDACE CHAPMAN SCOTT                                    DEFENDANT

## NOTICE OF APPEAL

Notice is hereby given that Candace Chapman Scott appeals to the United States Court of
Appeals for the Eighth Circuit from the: ☑ Judgment & Commitment ☐ Order _____
                                                                         (Specify)
entered in this action on January 24, 2025          .

_____
Signature of Defendant's Counsel

GEORGE B. MORLEDGE IV
Typed Name of Defendant's Counsel

300 SPRING ST.,     Suite 615
Street Address          Room Number

501-590-3050
Telephone Number

LITTLE ROCK        AR        72201
City            State            Zip

February 3, 2025
Date

<u>CERTIFICATE OF SERVICE</u>

I do hereby certify that a copy of the foregoing Notice of Appeal has been provided to the

following on this ___3___ day of __February__, 2025___.

Amanda Jegley
AUSA

Michael Gordon
AUSA



_____
Signature of Defendant's Counsel

2